UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENAE MARABLE, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT HOSPITAL PARTNERS, L.P.,**<br><br>    **Defendant.** | Civil Action 01-02361 (HHK) |

**ORDER**

Before the court is a "Motion for Final Judgment Pursuant to Fed. R. of Civ. P. 54(b)," filed by plaintiffs Monica Brooks and Tracee Taylor [#137]. Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that the motion should be granted because the court has severed the claims of Brooks and Taylor from the claims of the other plaintiffs in this action [#122] and has dismissed the claims of Brooks and Taylor in their entirety for failure to exhaust administrative remedies [#127]. Accordingly, it is this 29th day of May 2009 hereby,

**ORDERED** that the motion [#137] is **GRANTED**.

                       Henry H. Kennedy, Jr.
                       United States District Judge